# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Reish, et al., | No. CV-19-00400-PHX-DLR |
| Appellants, | **ORDER** |
| v. | |
| Louie Mukai, | |
| Appellee. | |

Before the Court is Appellant's request for judicial notice (Doc. 41). Appellant's request relates to the briefing on Appellee's motion for rehearing (Doc. 38), which the Court has denied. Consequently, Appellant's request is moot.

**IT IS ORDERED** that Appellant's request for judicial notice (Doc. 41) is **DENIED AS MOOT**.

Dated this 29th day of January, 2020.

Douglas L. Rayes
United States District Judge